**FILED**
JUN 3 0 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COOK INLET BELUGA WHALE, *et al.*

   Plaintiffs,

v.

CARLOS M. GUTIERREZ, *et al.*,

   Defendants.

Case: 1:08-cv-01129
Assigned To : Robertson, James
Assign. Date : 6/30/2008
Description: Admn. Agency Review

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Plaintiffs Center for Biological Diversity, Cook Inletkeeper, Natural Resources Defense Council, North Gulf Oceanic Society, and Alaska Center for the Environment certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 30, 2008

William J. Snape, III (DC Bar # 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Ph: 202-536-9351
Fax: 415-436-9683
billsnape@earthlink.net

Brendan R. Cummings (CA Bar # 193952)
PO Box 549
Joshua Tree, CA 92252
Ph: 760-366-2232x304
Fax: 760-366-2669
bcummings@biologicaldiversity.org

Michael J. Frank (AK Bar #7410076)
Victoria Clark (AK Bar #0401001)
Trustees for Alaska
1026 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Ph: 907-276-4244 ext. 116
Fax: 907-276-7110
mfrank@trustees.org
vclark@trusteees.org

Attorneys for Plaintiffs