UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COOK INLET BELUGA WHALE, et al., ) | |
| ) | Civil Action No. 08-cv-01129-JR |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE HONORABLE CARLOS ) | |
| GUTIERREZ, in his official capacity ) | |
| as the Secretary of Commerce, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

J. Brett Grosko hereby enters his appearance as counsel of record in the above-captioned case on behalf of all federal defendants. Copies of future filings, notices, and decisions should be sent to Mr. Grosko.

DATED this 20th day of August, 2008.

        Respectfully submitted,

        RONALD J. TENPAS
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        JEAN E. WILLIAMS, Section Chief
        LISA L. RUSSELL, Assistant Section Chief

          /s/ J. Brett Grosko

        J. BRETT GROSKO
        Trial Attorney (Md. Bar)
        Wildlife and Marine Resources Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7369
        Washington, DC 20044-7369
        Ph: 202-305-0342/Fax: 202-305-0275
        brett.grosko@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, J. Brett Grosko, hereby certify that on this 20th day of August 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served on the following counsel by means of filing such with the Court's electronic case filing system:

William J. Snape, III
5268 Watson Street, NW
Washington DC 20016
billsnape@earthlink.net

*s/ J. Brett Grosko*
J. Brett Grosko
Wildlife and Marine Resources Section
Brett.Grosko@usdoj.gov