UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COOK INLET BELUGA WHALE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce, et al.,<br><br>Defendants. | Civil Action No. 08-cv-01129-JR |

**STIPULATED JOINT MOTION**
**TO MODIFY TIME TO ANSWER OR RESPOND TO THE COMPLAINT**

Plaintiffs Cook Inlet Beluga Whale, et al. ("Plaintiffs") and Defendants, the Honorable Carlos M. Gutierrez, in his official capacity as Secretary of the Department of Commerce, et al. ("Defendants") (collectively "Parties"), by and through their undersigned counsel, say as follows:

WHEREAS, on June 30, 2008, Plaintiffs filed a Complaint alleging Defendants improperly extended the deadline to finalize its decision concerning the listing of the Cook Inlet Beluga Whale under the Endangered Species Act, 16 U.S.C. § 1531-1540 six months, from April 20, 2008 until October 20, 2008 (73 Fed. Reg. 21,578 (Apr. 22, 2008)) (Dckt. No. 1);

WHEREAS, Plaintiffs served the Complaint on or about July 15, 2008 and pursuant to Federal Rule 12(b), Federal Defendants' answer or response is due to be filed on or before September 15, 2008;

THE PARTIES THEREFORE notify the Court that the parties have conferred and

stipulated to a postponement of the date for Defendants to answer or respond to the Complaint until October 21, 2008, as set forth in the attached order.

The Parties further agree that should NMFS finalize and publish in the Federal Register its decision concerning the listing of the Cook Inlet Beluga Whale under the ESA on or before October 20, 2008, Defendants shall not be required to answer or respond to the Complaint.

The Parties further agree that they will confer after October 20, 2008 to determine what issues, if any, remain in this case. The parties will by October 30, 2008 submit either a status report to the Court regarding how they intend to proceed, or if appropriate, a stipulation of dismissal.

Pursuant to this stipulation, the Parties respectfully request that the Court approve this modified date for Defendants to answer or respond to the Complaint. Respectfully submitted this 20th day of August, 2008.

>RONALD J. TENPAS
>Assistant Attorney General
>
>JEAN E. WILLIAMS
>Chief, Wildlife & Marine Resources Section
>LISA RUSSELL
>Assistant Chief, Wildlife & Marine
>Resources Section
>
>*S/ J. Brett Grosko*
>J. Brett Grosko, Trial Attorney
>U.S. Department of Justice
>Wildlife & Marine Resources Section
>Benjamin Franklin Station, P.O. Box 7369
>(202) 305-0342 (ph)
>(202) 305-0275 (fx)
>lisa.russell@usdoj.gov
>
>*Attorneys for Federal Defendants*

*S/ William J. Snape, III*
William J. Snape (DC Bar # 455266)
Center for Biological Diversity
5268 Watson St., NW
Washington, DC 20016
Tel: (202) 536-9351
Fax: (415) 436-9683
billsnape@earthlink.net

Brendan R. Cummings (CA Bar # 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
(760) 366-2232 x 304 (ph.)
(760) 366-2669 (fx)
bcummings@biologicaldiversity.org

Michael J. Frank (AK Bar # 7410076)
Victoria Clark (AK Bar # 0401001)
Trustees for Alaska
1026 W. 4th Ave., Suite 200
Anchorage, AK 99501
Ph. (907) 276-4244 ext. 116
Fax: (907) 276-7110
mfrank@trustees.org
vclark@trustees.org

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I, J. Brett Grosko, hereby certify that on this 20th day of August 2008, I caused a true and correct copy of the foregoing document on the following counsel by means of filing such with the Court's electronic case filing system:

William J. Snape, III
5268 Watson Street, NW
Washington DC 20016
billsnape@earthlink.net

                                        *s/ J. Brett Grosko*
                                        J. Brett Grosko
                                        Wildlife and Marine Resources Section
                                        brett.grosko@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COOK INLET BELUGA WHALE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HONORABLE CARLOS )<br>GUTIERREZ, in his official capacity as the )<br>Secretary of Commerce, et al., )<br>)<br>Defendants. ) | Civil Action No. 08-cv-01129 |

**PROPOSED ORDER ON THE PARTIES' STIPULATED JOINT MOTION
TO MODIFY TIME TO ANSWER OR RESPOND TO THE COMPLAINT**

IT IS HEREBY ORDERED that the date for Defendants to answer or respond to the Complaint is postponed until October 21, 2008.

IT IS FURTHER ORDERED that should the National Marine Fisheries Service finalize and publish in the Federal Register its decision concerning the listing of the Cook Inlet Beluga Whale under the Endangered Species Act, 16 U.S.C. §§ 1531-1540, on or before October 20, 2008, (a) Defendants shall not be required to answer or respond to the Complaint; (b) the Parties shall confer after October 20, 2008 to determine what issues, if any, remain in this case; and (c) the parties will by October 30, 2008 submit either a status report to the Court regarding how they intend to proceed, or, if appropriate, a stipulation of dismissal.

It is so ORDERED in chambers of the United States District Court for the District of Columbia, this ____ day of August, 2008.

_____
United States District Judge